UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| WORKWELL CONSULTANTS, LLC, a Washington limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>FELICIANO J. MORROW, a married individual; MORROW CONSULTING, LLC, an Idaho limited liability company; and TIMOTHY KEANE, a married individual,<br><br>Defendants. | NO: 2:17-CV-63-RMP<br><br>ORDER GRANTING JOINT MOTION TO REMAND |

BEFORE THE COURT is a joint motion to remand, ECF No. 9. The parties have resolved their dispute and seek to return to Spokane County Superior Court for the limited purpose of retrieving funds deposited into the court registry and securing dismissal of the action with prejudice and without attorney fees or costs to either party. ECF No. 9 at 1-2.

ORDER GRANTING JOINT MOTION TO REMAND ~ 1

The Court finds that remand serves the values of judicial economy and a just, speedy, and inexpensive resolution to the parties' dispute. *See* Fed. R. Civ. P. 1. Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Joint Motion to Remand, **ECF No. 9**, is **GRANTED**.
2. This matter is remanded to Spokane County Superior Court.

The District Court Clerk is directed to enter this Order, provide copies to counsel, and close the case.

**DATED** May 9, 2017.

*s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
United States District Judge

ORDER GRANTING JOINT MOTION TO REMAND ~ 2